B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## District of New Hampshire

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>**Trikeenan Tileworks Inc.** | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**02-0506231** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**9 South Winchester Street**<br>**Swanzey, NH**<br>ZIP Code **03446** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cheshire** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 22**<br>**Keene, NH**<br>ZIP Code **03431** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Trikeenan Tileworks Inc.** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br>    Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

        _____
        (Name of landlord that obtained judgment)

        _____
        (Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Trikeenan Tileworks Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

**X** **/s/ Jennifer Rood NHB**
Signature of Attorney for Debtor(s)

**Jennifer Rood NHB #01395**
Printed Name of Attorney for Debtor(s)

**Bernstein, Shur, Sawyer & Nelson**
Firm Name

**670 N. Commercial St. Suite 108**
**P.O. Box 1120**
**Manchester, NH 03105-1120**

Address

**(603) 623-8700  Fax: (603) 623-7775**
Telephone Number

**August 30, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Kristin Powers**
Signature of Authorized Individual

**Kristin Powers**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**August 30, 2010**
Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of New Hampshire

In re **Trikeenan Tileworks Inc.**
Debtor(s)

Case No.
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Advanta Bank Corp.**<br>**PO box 30715**<br>**Salt Lake City, UT 84130** | **Advanta Bank Corp.**<br>**PO box 30715**<br>**Salt Lake City, UT 84130** | **Trade debt** | | **9,515.71** |
| **Atkins Law Offices, P.C.**<br>**1B Commons Drive**<br>**Suite 9B**<br>**Londonderry, NH 03053** | **Atkins Law Offices, P.C.**<br>**1B Commons Drive**<br>**Suite 9B**<br>**Londonderry, NH 03053** | **Trade debt - Legal services** | | **2,993.50** |
| **Bank of America**<br>**PO Box 15026**<br>**Wilmington, DE 19850** | **Bank of America**<br>**PO Box 15026**<br>**Wilmington, DE 19850** | **Trade debt** | | **8,147.66** |
| **Bank of America**<br>**PO Box 15026**<br>**Wilmington, DE 19850** | **Bank of America**<br>**PO Box 15026**<br>**Wilmington, DE 19850** | **Trade debt** | | **13,058.79** |
| **Chase**<br>**PO Box 15153**<br>**Wilmington, DE 19850** | **Chase**<br>**PO Box 15153**<br>**Wilmington, DE 19850** | **Trade debt** | | **12,725.00** |
| **City of Hornell, Attn James Griffin**<br>**Industrial Development Agency**<br>**40 Main Street**<br>**Hornell, NY 14843** | **City of Hornell, Attn James Griffin**<br>**Industrial Development Agency**<br>**40 Main Street**<br>**Hornell, NY 14843** | **Rent** | | **110,783.00** |
| **Clayscapes Pottery, Inc.**<br>**1003 West Fayette St.**<br>**Suite L1**<br>**Syracuse, NY 13204** | **Clayscapes Pottery, Inc.**<br>**1003 West Fayette St.**<br>**Suite L1**<br>**Syracuse, NY 13204** | **Trade debt** | | **10,711.21** |
| **Delta Capital Group LLC**<br>**30 Tower Lane**<br>**Avon, CT 06001** | **Delta Capital Group LLC**<br>**30 Tower Lane**<br>**Avon, CT 06001** | **Trade debt** | | **6,000.00** |
| **Discover**<br>**PO Box 6103**<br>**Carol Stream, IL 60197-6103** | **Discover**<br>**PO Box 6103**<br>**Carol Stream, IL 60197-6103** | **Trade debt** | | **4,148.11** |
| **Hanover Insurance Co.**<br>**PO Box 4031**<br>**Woburn, MA 01888** | **Hanover Insurance Co.**<br>**PO Box 4031**<br>**Woburn, MA 01888** | **Trade debt** | | **3,472.68** |

In re **Trikeenan Tileworks Inc.**             Case No. _____

           Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **John Burke & Associates** **P.O. Box 705** **Keene, NH 03431-0705** | **John Burke & Associates** **P.O. Box 705** **Keene, NH 03431-0705** | **Trade debt** | | **7,400.00** |
| **MVP Healthcare of New Hampshire, Inc.** **GPO Box 26864** **New York, NY 10087-6864** | **MVP Healthcare of New Hampshire, Inc.** **GPO Box 26864** **New York, NY 10087-6864** | **Trade debt** | | **3,335.99** |
| **New York Business Develpement Corporatio** **50 Beaver Street** **Albany, NY 12207** | **New York Business Develpement Corporatio** **50 Beaver Street** **Albany, NY 12207** | **Guaranty of loan to Trikeenan Tileworks Inc. of New York** | | **787,671.39** |
| **PSNH** **PO Box 360** **Manchester, NH 03105-0360** | **PSNH** **PO Box 360** **Manchester, NH 03105-0360** | **Trade debt** | | **5,311.03** |
| **Rymes Propane & Oils** **P.O. Box 2948** **Concord, NH 03302** | **Rymes Propane & Oils** **P.O. Box 2948** **Concord, NH 03302** | **Trade debt** | | **2,726.77** |
| **Simple IRA** **P.O. Box 2560** **Norfolk, VA 23501-2560** | **Simple IRA** **P.O. Box 2560** **Norfolk, VA 23501-2560** | **Trade debt** | | **8,382.93** |
| **Statewide Zone Capital of New York** **50 Beaver Street** **Albany, NY 12207** | **Statewide Zone Capital of New York** **50 Beaver Street** **Albany, NY 12207** | **Guaranty of loan to Trikeenan Tileworks Inc. of New York** | | **262,038.16** |
| **Steuben Trust Company** **One Steuben Square** **Hornell, NY 14843** | **Steuben Trust Company** **One Steuben Square** **Hornell, NY 14843** | **Guaranty of real estate loan re Trikeenan Tileworks Inc. of New York** | | **1,010,312.19** |
| **Steuben Trust Company** **One Steuben Square** **Hornell, NY 14843** | **Steuben Trust Company** **One Steuben Square** **Hornell, NY 14843** | **Guaranty of equipment loan to Trikeenan Tileworks Inc. of New York** | **Contingent** | **35,370.00** |
| **UPS** **PO Box 7247-0244** **Philadelphia, PA 19170** | **UPS** **PO Box 7247-0244** **Philadelphia, PA 19170** | **Trade debt** | | **3,220.71** |

B4 (Official Form 4) (12/07) - Cont.

In re **Trikeenan Tileworks Inc.**            Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **August 30, 2010**      Signature **/s/ Kristin Powers**
                                                           **Kristin Powers**
                                                           **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

A. Duie Pyle Inc.
P.O. Box 564
West Chester, PA 19381-0564

Advanta Bank Corp.
PO box 30715
Salt Lake City, UT 84130

Atkins Law Offices, P.C.
1B Commons Drive
Suite 9B
Londonderry, NH 03053

Bank of America
PO Box 15026
Wilmington, DE 19850

Bank of America
PO Box 15026
Wilmington, DE 19850

Bank of America
PO Box 15026
Wilmington, DE 19850

CED Electric Inc.
P.O. Box 366
Keene, NH 03431

Chase
PO Box 15153
Wilmington, DE 19850

City of Hornell,    Attn James Griffin
Industrial Development Agency
40 Main Street
Hornell, NY 14843

Clayscapes Pottery, Inc.
1003 West Fayette St.
Suite L1
Syracuse, NY 13204

Con-way Freight
P.O. Box 5160
Portland, OR 97208-5160

David A. Shults, Esq
Shults and Shults
9 Seneca Street, P.O. Box 490
Hornell, NY 14843

Delta Capital Group LLC
30 Tower Lane
Avon, CT 06001

Discover
PO Box 6103
Carol Stream, IL 60197-6103

EMI Specialty Papers
4 Old Mill Road
Redding, CT 06896

Federal Express
PO Box 371461
Pittsburgh, PA 15250-7461

H. Todd Bullard, Esq
Harris Beach PLLC
99 Garnsey Road
Pittsford, NY 14534

Hamshaw Lumber, Inc.
3 Bradco Street
PO Box 725
Keene, NH 03431

Hanover Insurance Co.
PO Box 4031
Woburn, MA 01888

John Burke & Associates
P.O. Box 705
Keene, NH 03431-0705

Keene Industrial Paper Co.
PO Box 645
Keene, NH 03431

Lightning Clean Windows
102 High Street
Brattleboro, VT 05301

McMaster-Carr Supply Co.
P.O. Box 7690
Chicago, IL 60680-7690

MVP Healthcare of New Hampshire, Inc.
GPO Box 26864
New York, NY 10087-6864

New York Business Develpement Corporatio
50 Beaver Street
Albany, NY 12207

One Communications
P.O. Box 415721
Boston, MA 02241-5721

Pacific Packaging Products
PO Box 697
Wilmington, MA 01887

Paul A. Levine Esq
Lemery Geisler LLC
50 Beaver Street, 2d Floor
Albany, NY 12207

Paul A.Levine Esq
50 Beaver Street, 2d Floor
Albany, NY 12207

Pitney Bowes
P.O. Box 856390
Louisville, KY 40285-6390

PSNH
PO Box 360
Manchester, NH 03105-0360

REDEC Relending Corporation
8 Denison Parkway E
Corning, NY 14830

Rymes Propane & Oils
P.O. Box 2948
Concord, NH 03302

Safety Environmental Control, Inc.
P.O. Box 382
Keene, NH 03431

Sheffield Pottery
P.O. Box 799
Sheffield, MA 01257-0399

Simple IRA
P.O. Box 2560
Norfolk, VA 23501-2560

Sprint
P.O. Box 1769
Newark, NJ 07101-1769

Statewide Zone Capital of New York
50 Beaver Street
Albany, NY 12207

Steuben Trust Company
One Steuben Square
Hornell, NY 14843

Steuben Trust Company
One Steuben Square
Hornell, NY 14843

Trikeenan Tileworks Inc
P.O. Box 22
Keene, NH 03431

ULINE
2200 S. Lakeside Drive
Waukegan, IL 60085

Unishippers
12 Kent Way
Suite 200
Byfield, MA 01922

UPS
PO Box 7247-0244
Philadelphia, PA 19170

W.B. Mason
P.O. Box 111
Brockton, MA 02303

YRC
P.O. Box 13573
Newark, NJ 07188-3573