# UNITED STATES BANKRUPTCY COURT
## FOR THE
## DISTRICT OF NEW HAMPSHIRE

```
**************************
In re:                      *
                            *
Trikeenan Tileworks
  Inc                       *
                            *          Chapter 11
                            *          Case No. _____
                            *
             Debtor         *
                            *
**************************
```

## NOTICE OF CONSENT OF DIRECTORS
## TO BE TAKEN IN LIEU OF MEETING

The undersigned, being President and Director of Trikeenan Tileworks Inc , a New Hampshire Corporation (the "Corporation"), does hereby consent that the following actions be taken without a meeting pursuant to N.H. R.S.A. 293-A:8.21:

**VOTED:** The Corporation be and hereby is authorized and empowered by the petition for reorganization pursuant to Chapter 11 of the United States Bankruptcy Code and to take such actions execute, endorse and deliver such documents and such instruments, and to enter into such agreements as may be necessary or appropriate to effect a Plan of Reorganization for the Corporation.

**VOTED:** Kristin B. Powers, President, be and hereby is authorized and empowered on behalf of the Corporation to take such actions, enter such agreements and execute, endorse and deliver such documents as may be necessary or appropriate to effect the foregoing resolution.

**VOTED:** Kristin B. Powers, President, be and hereby is authorized and empowered to employee Jennifer Rood, Esquire and the law firm of Bernstein, Shur, Sawyer & Nelson, P.A. (BSSN) to represent the company and all matters related to the Chapter 11 case, including the payment of retainers to BSSN as the President shall deem appropriate.

Date: 8/30/10