# UNITED STATES BANKRUPTCY COURT
# FOR THE
# DISTRICT OF NEW HAMPSHIRE

```
*************************
In re:                    *
                          *
TRIKEENAN TILEWORKS
INC                                        Chapter 11
    .                     *                Case No. 10-13725-JMD
                          *
Debtor                    *
*************************
```

## STATEMENT OF PARENT AND PUBLIC COMPANIES

**NOW COMES** Trikeenan Tileworks Inc, Debtor, pursuant to Administrative Rule 1074-1, and states as follows:

1. Trikeenan Tileworks Inc is not a Public Company.

2. Trikeenan Holdings Inc, a New Hampshire Corporation, is the parent company.

                Respectfully submitted,
                Trikeenan Tile Company Inc.
                By its Attorneys

                **Bernstein Shur Sawyer & Nelson, PA**

Dated: August 30, 2010        By: /s/ Jennifer Rood
                Jennifer Rood BNH 01395
                670 N. Commercial St., Suite 108
                PO Box 1120
                Manchester, NH 03105-1120
                Tel: 603-623-8700
                jrood@bernsteinshur.com