B6F (Official Form 6F) (12/07)

In re **Trikeenan Tileworks Inc.**, Case No. **10-13725**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>A. Duie Pyle Inc.<br>P.O. Box 564<br>West Chester, PA 19381-0564 | | - | 2010<br>Trade debt | | | | 199.53 |
| Account No.<br><br>Advanta Bank Corp.<br>PO box 30715<br>Salt Lake City, UT 84130 | | - | 2010<br>Trade debt | | | | 9,515.71 |
| Account No.<br><br>Atkins Law Offices, P.C.<br>1B Commons Drive<br>Suite 9B<br>Londonderry, NH 03053 | | - | 2010<br>Trade debt - Legal services | | | | 2,993.50 |
| Account No. 3658<br><br>Bank of America<br>PO Box 15026<br>Wilmington, DE 19850 | | - | 2010<br>Trade debt | | | | 701.61 |

__8__ continuation sheets attached

Subtotal (Total of this page) **13,410.35**

In re **Trikeenan Tileworks Inc.**, Case No. **10-13725**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4089** <br> **Bank of America** <br> **PO Box 15026** <br> **Wilmington, DE 19850** | - | | 2010 <br> Trade debt | | | | 8,147.66 |
| Account No. **4097** <br> **Bank of America** <br> **PO Box 15026** <br> **Wilmington, DE 19850** | - | | 2010 <br> Trade debt | | | | 13,058.79 |
| Account No. <br> **CED Electric Inc.** <br> **P.O. Box 366** <br> **Keene, NH 03431** | - | | 2010 <br> Trade debt | | | | 440.85 |
| Account No. <br> **Chase** <br> **PO Box 15153** <br> **Wilmington, DE 19850** | - | | 2010 <br> Trade debt | | | | 12,725.00 |
| Account No. <br> **City of Hornell, Attn James Griffin** <br> **Industrial Development Agency** <br> **40 Main Street** <br> **Hornell, NY 14843** | - | | January-Augsut 2010 <br> Rent | | | | 110,783.00 |

Sheet no. **1** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **145,155.30**

B6F (Official Form 6F) (12/07) - Cont.

In re **Trikeenan Tileworks Inc.**, Case No. **10-13725**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Clayscapes Pottery, Inc.**<br>**1003 West Fayette St.**<br>**Suite L1**<br>**Syracuse, NY 13204** | - | | 2010<br>**Trade debt** | | | | 10,711.21 |
| Account No.<br><br>**Con-way Freight**<br>**P.O. Box 5160**<br>**Portland, OR 97208-5160** | - | | 2010<br>**Trade debt** | | | | 1,376.71 |
| Account No.<br><br>**Delta Capital Group LLC**<br>**30 Tower Lane**<br>**Avon, CT 06001** | - | | 2010<br>**Trade debt** | | | | 6,000.00 |
| Account No.<br><br>**Discover**<br>**PO Box 6103**<br>**Carol Stream, IL 60197-6103** | - | | 2010<br>**Trade debt** | | | | 4,148.11 |
| Account No.<br><br>**EMI Specialty Papers**<br>**4 Old Mill Road**<br>**Redding, CT 06896** | - | | 2010<br>**Trade debt** | | | | 2,415.00 |

Sheet no. **2** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **24,651.03**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Trikeenan Tileworks Inc.**, Case No. **10-13725**
　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2017-0536-3** <br> **Federal Express** <br> PO Box 371461 <br> Pittsburgh, PA 15250-7461 | | - | 2010 <br> Trade debt | | | | 101.84 |
| Account No. <br> **Hamshaw Lumber, Inc.** <br> 3 Bradco Street <br> PO Box 725 <br> Keene, NH 03431 | | - | 2010 <br> Trade debt | | | | 119.64 |
| Account No. **2801313** <br> **Hanover Insurance Co.** <br> PO Box 4031 <br> Woburn, MA 01888 | | - | 2010 <br> Trade debt | | | | 3,472.68 |
| Account No. <br> **John Burke & Associates** <br> P.O. Box 705 <br> Keene, NH 03431-0705 | | - | 2010 <br> Trade debt | | | | 7,400.00 |
| Account No. **305025** <br> **Keene Industrial Paper Co.** <br> PO Box 645 <br> Keene, NH 03431 | | - | 2010 <br> Trade debt | | | | 524.24 |

Sheet no. **3** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **11,618.40**

In re **Trikeenan Tileworks Inc.**, Case No. **10-13725**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Lightning Clean Windows**<br>**102 High Street**<br>**Brattleboro, VT 05301** | | - | 2010<br>Trade debt | | | | **15.00** |
| Account No.<br>**McMaster-Carr Supply Co.**<br>**P.O. Box 7690**<br>**Chicago, IL 60680-7690** | | - | 2010<br>Trade debt | | | | **22.71** |
| Account No.<br>**MVP Healthcare of New Hampshire, Inc.**<br>**GPO Box 26864**<br>**New York, NY 10087-6864** | | - | 2010<br>Trade debt | | | | **3,335.99** |
| Account No.<br>**New York Business Develpement Corporatio**<br>**50 Beaver Street**<br>**Albany, NY 12207** | | - | February 2008<br>Guaranty of loan to Trikeenan Tileworks Inc. of New York | | | | **787,671.39** |
| Account No.<br>**One Communications**<br>**P.O. Box 415721**<br>**Boston, MA 02241-5721** | | - | 2010<br>Trade debt | | | | **590.20** |

Sheet no. **4** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **791,635.29**

In re **Trikeenan Tileworks Inc.**, Case No. **10-13725**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **8852101** <br> **Pacific Packaging Products** <br> **PO Box 697** <br> **Wilmington, MA 01887** | | - | **2010** <br> **Trade debt** | | | | **387.84** |
| Account No. <br> **Pitney Bowes** <br> **P.O. Box 856390** <br> **Louisville, KY 40285-6390** | | - | **2010** <br> **Trade debt** | | | | **28.75** |
| Account No. <br> **PSNH** <br> **PO Box 360** <br> **Manchester, NH 03105-0360** | | - | **2010** <br> **Trade debt** | | | | **5,311.03** |
| Account No. <br> **REDEC Relending Corporation** <br> **8 Denison Parkway E** <br> **Corning, NY 14830** | | - | **Guaranty of business loan to Trikeenan Tileworks Inc. of New York** | | | | **Unknown** |
| Account No. <br> **Rymes Propane & Oils** <br> **P.O. Box 2948** <br> **Concord, NH 03302** | | - | **2010** <br> **Trade debt** | | | | **2,726.77** |

Sheet no. **5** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **8,454.39**

In re **Trikeenan Tileworks Inc.**, Case No. **10-13725**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **TRIK01** <br><br> **Safety Environmental Control, Inc.** <br> **P.O. Box 382** <br> **Keene, NH 03431** | | - | 2010 <br> Trade debt | | | | 33.27 |
| Account No. <br><br> **Sheffield Pottery** <br> **P.O. Box 799** <br> **Sheffield, MA 01257-0399** | | - | 2010 <br> Trade debt | | | | 50.50 |
| Account No. <br><br> **Simple IRA** <br> **P.O. Box 2560** <br> **Norfolk, VA 23501-2560** | | - | 2010 <br> Trade debt | | | | 8,382.93 |
| Account No. <br><br> **Sprint** <br> **P.O. Box 1769** <br> **Newark, NJ 07101-1769** | | - | 2010 <br> Trade debt | | | | 365.97 |
| Account No. <br><br> **Statewide Zone Capital of New York** <br> **50 Beaver Street** <br> **Albany, NY 12207** | | - | February2008 <br> Guaranty of loan to Trikeenan Tileworks Inc. of New York | | | | 262,038.16 |

Sheet no. **6** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **270,870.83**

B6F (Official Form 6F) (12/07) - Cont.

In re **Trikeenan Tileworks Inc.**, Case No. **10-13725**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Steuben Trust Company** <br> **One Steuben Square** <br> **Hornell, NY 14843** | X | - | **April 2008** <br> **Guaranty of equipment loan to Trikeenan Tileworks Inc. of New York** | X | | | **35,370.00** |
| Account No. <br> **Steuben Trust Company** <br> **One Steuben Square** <br> **Hornell, NY 14843** | | - | **February 2006** <br> **Guaranty of real estate loan re Trikeenan Tileworks Inc. of New York** | | | | **1,010,312.19** |
| Account No. **393066** <br> **ULINE** <br> **2200 S. Lakeside Drive** <br> **Waukegan, IL 60085** | | - | **2010** <br> **Trade debt** | | | | **1,248.18** |
| Account No. <br> **Unishippers** <br> **12 Kent Way** <br> **Suite 200** <br> **Byfield, MA 01922** | | - | **2010** <br> **Trade debt** | | | | **10.25** |
| Account No. **768-E50** <br> **UPS** <br> **PO Box 7247-0244** <br> **Philadelphia, PA 19170** | | - | **2010** <br> **Trade debt** | | | | **3,220.71** |

Sheet no. **7** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **1,050,161.33**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com       Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Trikeenan Tileworks Inc.**, Case No. **10-13725**
　　　　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **MU6524**<br><br>**W.B. Mason**<br>**P.O. Box 111**<br>**Brockton, MA 02303** | - | | **2010**<br>**Trade debt** | | | | 485.56 |
| Account No.<br><br>**YRC**<br>**P.O. Box 13573**<br>**Newark, NJ 07188-3573** | - | | **2010**<br>**Trade debt** | | | | 247.09 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **8** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **732.65**

Total (Report on Summary of Schedules) **2,316,689.57**