UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

_____
                                   )
In re:                             )
                                   )          Chapter 11
Trikeenan Tileworks, Inc.,         )          Case No. 10-13725-JMD
                                   )
              Debtor               )
_____)


## NOTICE OF UNSECURED CREDITORS' COMMITTEE FORMATION MEETING (WITH CERTIFICATE OF SERVICE)

To: All Parties in Interest

Pursuant to 28 U.S.C. § 586(a)(3)(B) and 11 U.S.C. §§307 and 1102, the United States Trustee will conduct a meeting on **October 1, 2010 at 10:00 a.m.** at 1000 Elm Street, Room 702, Manchester, NH 03101, for purposes of forming an Official Unsecured Creditors' Committee in the above-referenced case.

Attached hereto as Exhibits 1 and 2, respectively, are the United States Trustee's September 1, 2010 solicitation letter and Creditor Questionnaire.

                                              John P. Fitzgerald, III
                                              Acting United States Trustee


Dated: September 1, 2010                  By: /s/ Geraldine Karonis
                                              Geraldine Karonis
                                              Assistant U.S. Trustee
                                              1000 Elm Street, Suite 605
                                              Manchester, NH 03101
                                              (603) 666-7908
                                              Bnh 01853

# CERTIFICATE OF SERVICE

I CERTIFY THAT ON September 1, 2010, I transmitted copies of the foregoing to the individuals identified below by United States mail, First Class postage pre-paid and by ECF to the individuals who have filed Notices of Appearances in the Court's CM/ECF database.

**10-13725-JMD Notice will be electronically mailed to:**

Jennifer Rood, Esq.   jrood@bernsteinshur.com

and by first class mail, postage prepaid upon

Kristin Powers
President
Trikeenan Tileworks, Inc.
P.O. Box 22
Keene, NH 03431