UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

***************************
In re:                                    *          Chapter 11
                                          *          Case No. 10-13725

**Trikeenan Tileworks Inc**

Debtor                                    *
                                          *
_____

## *ORDER*

This matter came before the Court on the Emergency Application of the Debtor under 11 U.S.C. Section 363 and LBR 4001-2 for the use of cash collateral through September 25, 2010. . After review of the pleadings in this matter, IT IS HEREBY ORDERED:

1.   The   Application for Continued Use of Cash Collateral ( the Application) pursuant to 11 U.S.C. §§ 363 is **GRANTED,** and the Court authorizes Debtor to use up to $177,858.32   in cash collateral, in accordance with the budget and the cash flow projections attached to the Application  through the close of business on September 25, 2010, subject to the terms and conditions of this Order.

2.    TD Bank  is hereby granted  a replacement lien  in post-petition cash collateral to the same extent and in the same priority as said lien existed on the Petition date, without prejudice to the future rights of the Debtor, creditors and any creditors' committee or other party in interest to challenge the validity, priority and enforceability of such lien and subject to Debtor's right to seek debtor in possession financing pursuant to 11 U.S.C. section 364.

3.    Debtor shall file an Application for Continued Use of Cash Collateral on or before September 7, 2010   A hearing shall be held on Debtor's Application on September 21, 2010 at

10:30 a.m. in Courtroom 1, U.S. Bankruptcy Court, 1000 Elm Street, 11th Floor, Manchester, New Hampshire.

Date : September 1, 2010

/s/ J. Michael Deasy

Bankruptcy Judge