## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW HAMPSHIRE

----------------------------------------------------------

Trikeenan Tileworks Inc.,
Trikeenan Holdings, Inc., and
Trikeenan Tileworks Inc. of New York,


               Debtor.


----------------------------------------------------------

Chapter 11

Bk. No. 10-13725-JMD
Bk. No. 10-13726-JMD
BK No. 10-13727-JMD

Jointly Administered

Hearing Date:  None Necessary
Hearing Time: Unless Ordered by
                 the Court.

## *EX PARTE* MOTION OF CHARLES R. POWELL TO ALLOW ADMISSION *PRO HAC VICE* OF ATTORNEY PAUL A. LEVINE AS COUNSEL FOR NEW YORK BUSINESS DEVELOPMENT CORP. AND STEUBEN TRUST COMPANY

NOW COMES Charles R. Powell III, Esquire of the law firm of Devine, Millimet & Branch, Professional Association (the "Movant"), and a member of the Bar of this Court, and requests on an *ex parte* basis that this Court permit Attorney Paul A. Levine ("Attorney Levine") to practice before the Court in the above-captioned matter, or in any adversary proceedings arising under or related to it, *pro hac vice* as counsel to New York Business Development Corp. ("NYBDC") and Steuben Trust Company ("Steuben").  In support of this Motion, the Movant states as follows:

1.      Attorney Levine is a member at the law firm of Lemery Greisler LLC, 50 Beaver Street, 2nd Floor, Albany, New York 12207.  Attorney Levine is lead counsel for NYBDC and Steuben.

2.      The Movant, or another attorney of his firm admitted to practice before this Court, will be actively associated with Attorney Levine in the above referenced proceedings.

<u>Attorney Levine's Credentials</u>

3.      Attorney Levine has been admitted to practice and is in good standing in the State of New York since 1987.  <u>See</u> Exhibit A in compliance with LR 83.2(b), attached hereto and incorporated herein by reference.

4.      Attorney Levine is also admitted to practice in the United States District Court for the Eastern, Southern, Western, and Northern Districts of New York; the District of Columbia (since 1988); before the United States Court of Appeals for the Second, Tenth, and Eleventh Circuits; and before the United States Supreme Court.

5.      As the relief requested in this motion is in the sound discretion of the Court and the applicable rule us cited herein, no memorandum of law is filed herewith.

6.      Because this matter is filed *ex parte* and is not believed that this request will be controversial, the concurrence of other parties-in-interest has not been sought.

7.      A proposed order is submitted contemporaneously herewith.

WHEREFORE, in accordance with the preceding, the Movant respectfully requests that the Court enter an Order:

A.      Granting this motion and permitting Attorney Levine to practice before the Court in the above-captioned captioned proceeding and any adversary proceedings arising under or related to it; and

B.      Granting Movant any and all additional relief that the Court deems necessary and just.

Dated: September 21, 2010         By:   /s/ Charles R. Powell
                                           Charles R. Powell III, Esq. (BNH 05507)
                                           Devine, Millimet & Branch, P.A.
                                           111 Amherst Street
                                           Manchester, NH 03101
                                           Tel: (603) 669-1000
                                           Facsimile: (603) 669-8547
                                           cpowell@devinemillimet.com

J:\WDOX\DOCS\CLIENTS\008001\000204\M1690278.DOC