# UNITED STATES BANKRUPTCY COURT
## FOR THE
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In Re:<br><br>TRIKEENAN TILEWORKS INC.<br><br>           Debtor. | Chapter 11<br>Case No. 10-13725-JMD |
| In Re:<br><br>TRIKEENAN HOLDINGS INC. | Chapter 11<br>Case No. 10-13726-JMD |
| _____<br><br>In Re:<br><br>TRIKEENAN TILEWORKS INC.<br> OF NEWYORK<br><br>           Debtor. | Chapter 11<br>Case No. 10-13727-JMD<br><br>Jointly administered through<br>Case No.: 10-13725-JMD |

### *ORDER*

This matter came before the Court on the Application of Trikeenan Tileworks Inc. under 11 U.S.C. Section 363 for the continued use of cash collateral through November 30 2010. After review of the pleadings in this matter, IT IS HEREBY ORDERED:

1. The Application for Continued Use of Cash Collateral (the Application) pursuant to 11 U.S.C. §§ 363 is **GRANTED,** and the Court authorizes Debtor to use up to $ 408,858.86 in cash collateral generated by Debtor Trikeenan Tileworks Inc. , in accordance with the budget and the cash flow projections attached to the Application through the close of business on November 30, 2010, subject to the terms and conditions of this Order.

2. TD Bank is hereby granted a replacement lien in post-petition cash collateral to the same extent and in the same priority as said lien existed on the Petition date, without prejudice to the future rights of the Debtor, creditors and any creditors' committee or other party in interest to challenge the validity, priority and enforceability of such lien and subject to Debtor's right to seek debtor in possession financing pursuant to 11 U.S.C. section 364.

3. Debtor shall provide to TD Bank monthly balance sheet information, including ongoing cash collateral levels.

4. Debtor shall file an Application for Continued Use of Cash Collateral on or before November 10, 2010. A hearing shall be held on Debtor's Application on November 24, 2010 at 10 a.m. Any objections thereto shall be filed on or before November 17, 2010. THIS IS A CONTINGENT HEARING. IF NO OBJECTIONS ARE FILED, RELIEF MAY BE GRANTED WITHOUT A HEARING.

Date :_____     _____
                                           Bankruptcy Judge