# UNITED STATES BANKRUPTCY COURT
# FOR THE
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In Re:<br><br>TRIKEENAN TILEWORKS INC.<br><br>　　　　　　　Debtor. | Chapter 11<br>Case No. 10-13725-JMD |
| In Re:<br><br>TRIKEENAN HOLDINGS INC.<br><br>_____ | Chapter 11<br>Case No. 10-13726-JMD<br><br><br>Chapter 11<br>Case No. 10-13727-JMD |
| In Re:<br><br>TRIKEENAN TILEWORKS INC.<br>　OF NEWYORK<br><br>　　　　　　　Debtor. | Jointly administered through<br>Case No.: 10-13725-JMD |

### *ORDER*

This matter came before the Court on the Application of Trikeenan Tileworks Inc. of New York under 11 U.S.C. Section 363 for the continued use of cash collateral. After review of the pleadings, notice and hearing, IT IS HEREBY ORDERED:

1. The Application for Continued Use of Cash Collateral (the Application) pursuant to 11 U.S.C. §§ 363 is **GRANTED,** and the Court authorizes Debtor to use cash collateral arising from the operations of Trikeenan Tileworks Inc. of New York in accordance with the budget and the cash flow projections attached to the Application through the close of business on October 31, 2010 (the "Use Period"), subject to the terms and conditions of this Order.

2. New York Business Development Corporation and Steuben Trust Company ( the New York Creditors) are hereby granted replacement liens in post-petition cash collateral to the same extent and in the same priority as said liens existed on the Petition date, nunc pro tunc to the petition date,without prejudice to the future rights of the Debtor, creditors and any creditors' committee or other party in interest to challenge the validity, priority and enforceability of such lien and subject to Debtor's right to seek debtor in possession financing pursuant to 11 U.S.C. section 364.

3. Debtor shall provide weekly balance sheets to the New York Creditors showing ongoing levels of cash collateral, including such internal bookkeeping records as are necessary to determine the production by Trikeenan New York and also shall provide copies of all customer invoices generated during the Use Period on a bi-weekly basis (i.e., once every fourteen days) and at the conclusion of the Use Period for any remaining interval thereof.

3. Debtor shall file an Application for Continued Use of Cash Collateral on or before October 7, 2010. A hearing shall be held on Debtor's Application on October 21, 2010 at 11:00 a.m. Objections thereto, if any, must be filed on or before October 14, 2010.

Date :_____  _____
                                         Bankruptcy Judge