# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW HAMPSHIRE

In re:                                                                                                  Bk. No. 10-13725-JMD
                                                                                                        Chapter 11
Trikeenan Tileworks Inc. and Trikeenan Holdings Inc.,
       Debtor(s)


## ORDER OF THE COURT - MOTION FOR RELIEF

Hearing Date:     10/20/2010 10:00 AM

Nature of Proceeding:     **Doc# 47 Motion for Relief from Stay Filed by Creditor Steuben Trust Company**

Outcome of Hearing:

**CONTINUED TO:     CONTINUED OCTOBER 26, 2010 AT 1:30 P.M. BY AGREEMENT OF THE PARTIES**

**ORAL MOTION TO CONTINUE MOTION TO USE CASH COLLATERAL (DOC. 69) NOW SCHEDULED FOR OCTOBER 21, 2010 IS GRANTED AND THE HEARING IS CONTINUED TO OCTOBER 26, 2010 AT 1:30 P.M.**

**MOVANT'S ORAL MOTION TO CONTINUE THE MOTION FOR RELIEF FILED BY CREDITOR NEW YORK BUSINESS DEVELOPMENT (DOC. NO. 64) NOW SCHEDULED FOR OCTOBER 27, 2010 OCTOBER 26, 2010 AT 1:30 P.M. IS HEREBY GRANTED**


IT IS SO ORDERED:


 /s/ J. Michael Deasy
J. Michael Deasy          Date:  10/20/2010
Bankruptcy Judge