# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW HAMPSHIRE

In re:  BK No. 10-13725-JMD

Trikeenan Tileworks Inc. and Trikeenan Holdings Inc.,  Chapter 11
      Debtor(s)

## ORDER OF THE COURT

Hearing Date: 10/26/2010 11:00 AM

Nature of Proceeding: Doc# 69 Motion to Use Cash Collateral Filed by Debtor Trikeenan Tileworks Inc. of New York

Outcome of Hearing: DEBTOR TO SUBMIT PROPOSED CASH COLLATERAL ORDER FORTHWITH

IT IS SO ORDERED:

/s/ J. Michael Deasy     10/26/2010
_____

J. Michael Deasy
Bankruptcy Judge