# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW HAMPSHIRE

In re:  
Trikeenan Tileworks Inc. and Trikeenan Holdings Inc.,  
       Debtor(s)

Bk. No. 10-13725-JMD  
Chapter 11

## ORDER OF THE COURT - MOTION FOR RELIEF

Hearing Date:    10/26/2010 1:30 PM

Nature of Proceeding:    **Doc# 64 Motion for Relief from Stay  150. Filed by Creditor New York Business Development Corporation**

**Doc# 47 Motion for Relief from Stay  Fee Amount 150. Filed by Creditor Steuben Trust Company**

Outcome of Hearing:    DEBTOR TO SUBMIT PROPOSED ORDER FORTHWITH PURSUANT TO THE FINDINGS SET FORTH ON THE RECORD THIS DATE

IT IS SO ORDERED:

/s/ J. Michael Deasy  
J. Michael Deasy         Date:  10/26/2010  
Bankruptcy Judge