UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In Re:<br><br>TRIKEENAN TILEWORKS INC.<br><br>      Debtor. | Chapter 11<br>Case No. 10-13725 |
| In Re:<br><br>TRIKEENAN HOLDINGS INC. | Chapter 11<br>Case No. 10-13726 |
| <br><br>In Re:<br><br>TRIKEENAN TILEWORKS INC.<br> OF NEWYORK<br><br>      Debtor. | Chapter 11<br>Case No. 10-13727<br><br>Jointly administered through<br>Case No. 10-13725-JMD |

### AMENDMENT DATED APRIL 14, 2011  TO DEBTORS' DISCLOSURE STATEMENT DATED  MARCH 17 , 2011

  **NOW COME** the Debtors, Trikeenan Tileworks Inc.,  Trikeenan Holdings Inc. and Trikeenan Tileworks Inc. of New York   ("the Debtor"), through counsel, pursuant to 11 U.S.C. § 1125, and submits the following  limited amendment to their Disclosure Statement dated March 17, 2011  in support of its Plan of Reorganization dated March 17, 2011 ( hereinafter the "Plan"):

1

# SUMMARY OF PLAN

Trikeenan Tileworks, Inc. ("Trikeenan NH"), Trikeenan Holdings Inc, and Trikeenan Tileworks Inc. of New York ("Trikeenan NY") (collectively, the "Debtors hereby set forth an executive summary of the classification and treatment of claims and interests under Debtors' Joint Plan of Reorganization dated March 17, 2011, as amended by Debtors' Joint Plan dated April 14, 2011:

| CLASS | CREDITOR | TREATMENT |
|---|---|---|
| 1 | TD Bank Line of Credit | Secured, paid in full, estimated at $137, 250 in cash on the Effective Date |
| 2 | TD Bank Equipment Loan | Secured to $40,000. Secured portion paid in full on the Effective Date. |
| 3 | NYBDC | Secured to $359,000. Secured portion paid in full over 10 years at 5%, equal monthly payments. |
| 4 | Connecticut River Bank | Secured to $1,605, paid by year end 2011, quarterly payments |
| 5 | Steuben Trust | Secured, paid in full through rent payments to Hornell IDA. |
| 6 | City of Hornell IDA | Unsecured, lease to be assumed and arrearages cured in full. |
| 7 | Unsecured deficiency | 10% of claim paid over 5 years, equal monthly installments. |

| | | |
|---|---|---|
| 8 | General Unsecured Claims | Unsecured, paid at 10% over two years, equal monthly installments. |
| 9 | Capstan Inc./Sarvis | Debtors have objected to allowance of claim. 1% of allowed claim to be paid on effective date |
| 10 | Unsecured Debentures | Receiving equity equal to 80% voting shares and 50% ownership shares |
| 11 | Equity | Ownership interests reduced in accordance with treatment of Class 10 |

**Nature of Amendment**

Debtors have secured a loan from James Putnam or the James Putnam Trust current holder of a debenture claim, in an amount sufficient to satisfy in full, in cash on the Effective date, the claims of TD Bank in Classes 1 and 2. The loan amount is estimated at $177,250. The Putnam loan shall bear interest at 4 % and shall be secured by a lien on all New Hampshire assets currently subject to the liens of TD Bank. The loan shall mature in five years. In lieu of repayment, Putnam may be issued preferred stock in Trikeenan Tileworks Inc. The Putnam loan is conditioned on the confirmation of the Trikeenan Plan of Reorganization dated April 14, 2011, as said plan may be amended, and is further conditioned on the appointment to the Trikeenan Board of Directors of one individual chosen by Putnam. It is anticipated that Ken Stewart, financial advisor, shall be appointed. A copy of the Putnam commitment letter is attached hereto.

This amendment improves the treatment of Classes 1 and 2 in the Trikeenan plan and improves the feasibility of the Trikeenan plan and the balance sheet of the Reorganized Debtor. The issuance of preferred stock to Putnam might negatively affect the value of stock interests to be issued to the holders of interests in Classes 10 and 11.

On information and belief, the holders of interests in Classes 10 and 11 consent to the terms of the Putnam loan and the related amendments to the Trikeenan Plan and accept the risk that the value of their stock interests may be diluted.

This amendment does not negatively affect the treatment of any other creditor under the Plan.

TRIKEENAN TILEWORKS, INC.
TRIKEENAN TILEWORKS INC. OF NEW YORK

TRIKEENAN HOLDINGS INC.

Debtors and Debtors-In-Possession

Date: 14 April 2011     By:   /s/ Kristin Powers
                              Kristin Powers, President

                              And by their Attorneys:

                              BERNSTEIN, SHUR, SAWYER & NELSON, P.A.

                        By:   /s/ Jennifer Rood
                              Jennifer Rood, Esq., BNH 01395
                              670 N. Commercial Street, Suite 108
                              P.O. Box 1120

Manchester, NH 03105-1120
(603) 623-8700
jrood@bernsteinshur.com