# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW HAMPSHIRE

In re:  
Trikeenan Tileworks Inc. and Trikeenan Holdings Inc.,  
    Debtor(s)

Bk. No. 10-13725-JMD  
Chapter 11

## ORDER OF THE COURT

Hearing Date: 5/3/2011

Nature of Proceeding: Doc# 284 Amended Chapter 11 Plan of Reorganization (Joint) for the Debtors Submitted by Elgin Butler, Inc. Dated April 21, 2011 Filed by Creditor Elgin Butler, Inc.

Doc# 257 Amended Chapter 11 Plan of Reorganization filed by Debtors

Outcome of Hearing: On or before May 9, 2011, the parties shall file a proposed order which states the documents each side needs to provide the other before the May 17, 2011 deadline and simultaneous briefing schedule (memoranda due June 3, 2011). **If oral argument re: legal issues is requested by June 6, 2011, by 10:00 a.m. the parties will have a reserved hearing date of June 9, 2011 @ 10:00 a.m.**

IT IS SO ORDERED:

/s/ J. Michael Deasy    5/3/2011

J. Michael Deasy  
Bankruptcy Judge