UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In Re:<br><br>TRIKEENAN TILEWORKS INC.,<br><br>Debtor. | Chapter 11<br>Case No. 10-13725-JMD |
| In Re:<br><br>TRIKEENAN HOLDINGS INC. | Chapter 11<br>Case No. 10-13726-JMD |
| In Re:<br><br>TRIKEENAN TILEWORKS INC.<br>OF NEW YORK<br><br>Debtor. | Chapter 11<br>Case No. 10-13727-JMD<br><br>Jointly administered through<br>Case No.: 10-13725-JMD |

## SUPPORT OF DEBTOR'S JOINT PLAN OF REORGANIZATION DATED MARCH 17, 2011, AS AMENDED APRIL 13, 2011

We have enjoyed a strong personal relationship with Kristin and Stephen Powers for some years and value our business with Trikeenan.

In our experience the design of product for Interior and Exterior application relies not just on sound business sense but a keen eye for world trends, a sense of good taste in home décor, and an eye for detail that makes one product sell over another by a lesser competitor.

I run 60 stores in the United Kingdom and rely on product that is not only unique and beautiful, but consistent in its high quality, and delivered on time. Without the continuing support, dialogue and relationship with Kristin and Stephen I would seriously call into question our appetite to work with Trikeenan in the future. We are hoping to increase our orders from the $100,000 or so a year we currently spend and would not want any major change to disrupt our business plan.

I firmly believe we need to pull together to support small businesses in these tough economic times and hope to see Trikeenan flourish through 2011 and beyond.

WHEREFORE, I/we respectfully request:

A. That this Court enter an Order supporting Confirmation of the Debtor's Plan

B. That this Court enter an Order denying confirmation of the Elgin Butler Plan

C. Such other and further relief as is just.

Dated: 27 April 2011

*Rob Whitaker* (signature)

Rob Whitaker

Fired Earth
Twyford Mill
Oxford Road
Adderbury
OX17 3SX

England

Tel  0044 1295 814 332