UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In Re:<br><br>TRIKEENAN TILEWORKS INC.<br><br>　　　　　　　Debtor. | Chapter 11<br>Case No. 10-13725 |
| In Re:<br><br>TRIKEENAN HOLDINGS INC. | Chapter 11<br>Case No. 10-13726 |
| In Re:<br><br>TRIKEENAN TILEWORKS INC.<br>OF NEWYORK<br><br>　　　　　　　Debtor. | Chapter 11<br>Case No. 10-13727<br><br>Jointly administered through<br>Case No. 10-13725 |

### ORDER ON CONFIRMATION OF PENDING CHAPTER 11 PLANS AND SCHEDULING FURTHER PROCEEDINGS

This matter came before the Court on confirmation of Debtors' Chapter 11 Plan dated March 17, 2011, as amended by Chapter 11 Plan dated April 14, 2011 ( Debtors' Plan) and on confirmation of the Elgin Butler Chapter 11 Plan dated February 2, 2011, as amended by Chapter 11 Plan dated April 21, 2011( Elgin Butler Plan). After notice and hearing, with all parties present having been heard,

### IT IS HEREBY ORDERED:

1. Debtors' Plan meets the requirements of Section 1129 (a)(10) but not the requirements of Section 1129(a)(8).

2. The Elgin Butler Plan meets the requirements of Section 1129(a)(10) but not the requirements of Section 1129(a)(8).

3. Debtors have requested of Elgin Butler, through counsel, production of the documents set forth on Exhibit A on or before May 17, 2011. Elgin Butler has requested of the Debtors, through counsel, production of the documents set forth on Exhibit B, on or before May 17, 2011. On or before May 11, 2011, each party shall notify the other as to which document requests are acceptable and which objectionable. Objections to production shall be filed with the Court and served on opposing counsel on or before May 13, 2011 and all remaining documents produced on or before May 17, 2011.

4. Debtors shall amend their bankruptcy schedules to provide detailed information about officer and director salary claims, broken down by individual name and claim amount, on or before May 24, 2011.

5. Legal memoranda by either party relative to the confirmation issues raised at the May 3, 2011 hearing shall be filed on or before June 3, 2011. Any requests for oral argument shall be made through the Calendar clerk by June 6, 2011 at 10:00 a.m. and shall include a statement of issues to be argued. If requested, oral argument shall take place on June 9, 2011 at 10:00 a.m.

Dated: _____
United States Bankruptcy Judge