# DOCUMENTS TO BE PRODUCED BY ELGIN BUTLER INC. TO TRIKEENAN

1. All internal memoranda maintained by Elgin Butler, Matt Galvez, or any Elgin Butler affiliate relative to due diligence activities performed during 2010 relative to the possible acquisition of Trikeenan assets.

2. All appraisals of Trikeenan NH assets conducted by or on behalf of Elgin Butler or any affiliate during 2010 and 2011.

3. All appraisals of Trikeenan NY assets conducted by or on behalf of Elgin Butler or any affiliate during 2010 and 2011

4. Any and all documents evidencing a third party commitment to sell equipment to Elgin Butler or any affiliate for use in the Trikeenan New York factory in connection with the Elgin Butler Plan.

5. Profit and loss statements and balance sheets for Elgin Butler and affiliates, as follows:

    a. Lone Star-2006 through present, annually through 2010 and monthly 2011 year to date
    b. Mcintyre Tile- 2008 through present, annually through 2010 and monthly 2011 year to date
    c. Elgin Butler Inc. 2008 through present, annually through 2010 and monthly 2011 year to date

6. Organizational chart for Elgin Butler Inc, Lone Star Mosaics and Mcintyre Tile

7. Complete list of Elgin Butler subsidiaries, both current and historical, with detail on any subsidiaries which closed after acquisition by Elgin Butler, including any terminated employees and unpaid creditors

8. All documents in the possession of Elgin Butler or any affiliate showing production lead times and product shipping, by factory, for 2009, 2010 and 2011 year to date.

9. All documents supporting Elgin Butler's claim of intent to hire Joe Kopchusky as director of Manufacturing, including all documents relative to his intended work location

10. Resumes of each member of the intended management team post-confirmation, including all documents showing expertise in the manufacture of products with colors, designs, and glaze types similar to those normally produced by Trikeenan

11. Detailed sales plans with customer detail supporting Elgin Butler's cash flow projections as filed in connection with the Elgin Butler Plan and disclosure statement

12. Any and all marketing plans developed for Trikeenan in connection with the planned Elgin Butler acquisition

13. All documents, including correspondence and emails with creditors respecting a) the Trikeenan Plan and b) the Elgin Butler Plan.

14. All documents, including correspondence and emails between Elgin Butler, Matt Galvez or any affiliate thereof and potential customers concerning Trikeenan's financial strength, production capability or likelihood of reorganization.

15. Copies of all pending orders for glazed thin brick products.

16. All documents supporting Elgin Butler's claim that the Trikeenan Plan is not feasible.